## HELEN SOBOL, PLAINTIFF-APPELLANT, v. CHELSEA HOTEL CORPORATION, DEFENDANT-RESPONDENT.

Argued September 27, 1948—Decided October 11, 1948.

*Mr. Max L. Rosenstein* argued the cause for the plaintiff-appellant.

*Mr. Maurice Y. Cole* argued the cause for the defendant-respondent (*Messrs. Cole & Cole,* attorneys).

PER CURIAM. This is an appeal from an order of the former Supreme Court at the Atlantic County Circuit, opening an

interlocutory judgment entered against the defendant by default, and permitting it to appear and defend upon terms.

An appeal, however, lies only from a final judgment. The order thus sought to be reviewed does not fall within the category of a final judgment and is, therefore, not appealable. *R. S.* 2:27–349. *Vide Farmland Dairies v. Van Tol*, 132 *N. J. L.* 298, aff'd 133 *Id.* 313; *Matthews v. Public Servive Interstate, etc., Co.*, 130 *Id.* 495; *Chavers v. McCall*, 127 *Id.* 595; *Kople v. Zalon*, 122 *Id.* 422; *Jacquin v. Appelgate*, 128 *Id.* 598; *Gaffney v. Illingsworth*, 90 *Id.* 490.

The appeal is accordingly dismissed, with costs.

*For dismissal of appeal:* Chief Justice VANDERBILT and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING, and ACKERSON—7.

*Opposed:* None.